■ ALLAN COHEN, Appellant, v JOAN COHEN, Respondent. [17 NYS3d 314]—Appeal from an order of the Supreme Court, Nassau County (Jerome C. Murphy, J.), entered June 20, 2013. The order denied the plaintiff's motion for leave to renew his prior motion, inter alia, to compel the defendant to compensate him for damages resulting from the diminution in value of the marital residence caused by the defendant, which had been denied in an order of that court dated October 15, 2012.

Ordered that the order entered June 20, 2013, is affirmed, with costs.

The Supreme Court providently exercised its discretion in denying the plaintiff's motion for leave to renew his motion, inter alia, to compel the defendant to compensate him for damages resulting from the diminution in value of the marital residence caused by the defendant. The plaintiff failed to demonstrate that the "new facts" upon renewal would have changed the prior determination (CPLR 2221 [e] [2]; *see US Bank, N.A. v Morrison*, 120 AD3d 1222, 1223 [2014]). Balkin, J.P., Roman, Sgroi and LaSalle, JJ., concur.